# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JOE BROTHERTON, individually and on behalf of all others similarly situated, | : : : | Case No. 2:17-cv-00537 |
| Plaintiff, | : : | Judge George C. Smith<br>Magistrate Judge Deavers |
| v. | : : | |
| G.O.B. SERVICES, LLC, | : : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the Joint Motion for Approval of Settlement Agreement and Dismissal filed by Plaintiff and Defendant (the "Parties"). The Court, having been sufficiently advised, hereby **ORDERS** that the Joint Motion is **GRANTED** and the confidential settlement agreement filed by the Parties is **APPROVED**.

This case is **DISMISSED WITH PREJUDICE** consistent with the approved settlement agreement filed by the Parties. Each party is to bear their own costs, fees, and expenses. There being no just cause for delay, this Order is final and appealable.

The Clerk is directed to send a copy of this Order to all counsel of record and terminated this case.

Dated this   12th    day of    February     , 2018.

**IT IS SO ORDERED.**

    *s/ George C. Smith*_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**